Tony R. KING, Appellant,

v.

STATE of Missouri, Respondent.

WD 79951

Missouri Court of Appeals, Western District.

Filed: December 19, 2017

Laura G. Martin, KCMO, for appellant.

Karen L. Kramer, Jefferson City, for respondent.

Before Division Three: Lisa White Hardwick, Presiding Judge, Victor C. Howard and Alok Ahuja, Judges

ORDER

Per Curiam

Tony King appeals the judgment denying his Rule 29.15 motion after he was convicted of first-degree murder, second-degree arson, and felony abuse of a child. Upon review of the briefs and the record, we find no error and affirm the judgment denying post-conviction relief. We have provided the parties with a Memorandum explaining the reasons for our decision,

because a published opinion would have no precedential value.

AFFIRMED. Rule 84.16(b).